UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

No.    2:22-mj-09

v.

COMPLAINT
**PENALTY SHEET**

BRADFORD PAUL STORTI,

       Defendant.

_____/

**COUNT** – Possession and Attempted Possession of Child Pornography – 18 U.S.C. §§ 2252A(a)(5)(B), 2252A(b)(2)

**Maximum penalty:** Not less than 10 nor more than 20 years' imprisonment and/or $250,000 fine [18 U.S.C. §3571]

**Supervised Release:** Not less than five years and up to life
[18 U.S.C. § 3583(k)] (Class C Felony, 18 U.S.C. § 3559)

**Special Assessment**: [18 U.S.C. § 3013] $100; Assessment in child pornography cases - not more than $17,000 [18 U.S.C. § 2259A(a)(1)] Additional special assessment [18 U.S.C. § 3014] $5,000

**Restitution**: Mandatory [18 U.S.C. §§ 2259, 3663A]

**Other**: Sex offender registration; forfeiture

Date:  March 3, 2022

/s/Paul D. Lochner
Counsel for the United States

Submitted in accordance with Admin Order 17-MS-046