# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF MICHIGAN
## CRIMINAL MINUTE SHEET

| USA v. | Bradford Paul Storti | | Mag. Judge: | Maarten Vermaat |
|---|---|---|---|---|

| CASE NUMBER | DATE | TIME (begin/end) | PLACE | INTERPRETER |
|---|---|---|---|---|
| 2:22-mj-9 | 3/3/2022 | 9:34 am - 9:48 am | Marquette | |

**APPEARANCES:**

| Government: Paul Lochner | Defendant: Appeared w/out counsel (court to appoint) | Counsel Designation: |
|---|---|---|

| OFFENSE LEVEL | CHARGING DOCUMENT/COUNTS | CHARGING DOCUMENT |
|---|---|---|
| Felony | Complaint | Read ✓ <br> Reading Waived __ |

### TYPE OF HEARING
- ✓ First Appearance
- __ Arraignment:
  - __ mute  __ nolo contendre
  - __ not guilty  __ guilty
- __ Initial Pretrial Conference
- __ Detention   (waived __)
- __ Preliminary   (waived __)
- __ Rule 5 Proceeding
- __ Revocation/SRV/PV
- __ Bond Violation
- __ Change of Plea
- __ Sentencing
- __ Other: _____

### DOCUMENTS
- __ Defendant's Rights
- __ Waiver of _____
- __ Consent to Mag. Judge for _____
- __ Other: _____

Court to Issue:
- __ Report & Recommendation
- __ Order of Detention
- __ Order to file IPTC Statements
- __ Bindover Order
- ✓ Order Appointing Counsel
- ✓ Other: Brady Notice Order

### CHANGE OF PLEA
Guilty Plea to Count(s) _____ of the _____
Count(s) to be dismissed at sentencing: _____

Presentence Report:
__ Ordered   __ Waived

__ Plea Accepted by the Court
__ No Written Plea Agreement

### EXPEDITED RESOLUTION
__ Case appears appropriate for expedited resolution

### ADDITIONAL INFORMATION
Proceedings held by video conference with Defendant's consent. Defendant advised of his rights and the charges and penalties. The Government was advised of the Brady notice.
Counsel to be appointed and detention hearing will be scheduled.

### SENTENCING
Imprisonment: _____
Probation: _____
Supervised Release: _____
Fine: $ _____
Restitution: $ _____
Special Assessment: $ _____
Plea Agreement Accepted:   __ Yes  __ No
Defendant informed of right to appeal:   __ Yes  __ No
Counsel informed of obligation to file appeal:  __ Yes  __ No

| CUSTODY/RELEASE STATUS | BOND AMOUNT AND TYPE |
|---|---|
| | $ _____ |
| **CASE TO BE:** | **TYPE OF HEARING:** |
| **Reporter/Recorder:** Digitally Recorded | **Courtroom Deputy:** C. Moore |