UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

BRADFORD PAUL STORTI,

        Defendant.                  **INDICTMENT**

The Grand Jury charges:

**(Attempted Possession and Possession of Child Pornography)**

Beginning at a time unknown and continuing to on or about April 30, 2020, in Marquette County, in the Northern Division of the Western District of Michigan, the defendant,

**BRADFORD PAUL STORTI,**

knowingly possessed and accessed with intent to view and attempted to knowingly possess and access with intent to view images and videos of child pornography, including one or more images that involved a prepubescent minor. The images and videos include, but are not limited to, one or more of the images or videos listed below by digital file name:

1. Bareback Beauties.mp4
2. Beauty More.mp4
3. boy grabs his dick in video chat.mp4
4. Bathroom masturbation by boy with long hair.mp4
5. 720.p.h264(2).mp4
6. 480P_600K_128537171.mp4
7. 480p.h264_9.mp4
8. 480p.h264.mp4

9. 2 Friends.mp4
10. 0000001_carved.jpg
11. 0000007_carved.jpg
12. 0000009_carved.jpg
13. 0000013_carved.jpg
14. 0000025_carved.jpg
15. 0000055_carved.jpg
16. 0000075_carved.jpg
17. 0000091_carved.jpg
18. 0000103_carved.jpg
19. 0000129_carved.jpg
20. 0000209_carved.jpg

Such depictions were produced using materials that had been shipped and transported in interstate commerce, including, but not limited to, a Hewlett-Packard laptop computer, containing a Seagate 1 TB hard drive, which were manufactured outside the State of Michigan.

**18 U.S.C. § 2252A(a)(5)(B)**
**18 U.S.C. § 2252A(b)(2)**
**18 U.S.C. § 2256(8)(A)**

## FORFEITURE ALLEGATION
### (Attempted Possession and Possession of Child Pornography)

Upon conviction of the charge contained in the Indictment, the defendant,

**BRADFORD PAUL STORTI,**

shall forfeit to the United States pursuant to 18 U.S.C. § 2253(a), any visual depiction described in 18 U.S.C. § 2252A; and any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of 18 U.S.C. Chapter 110; and any property, real or personal, used or intended to be used to commit or to promote the commission of the violations of § 2252A, and any property traceable to such property.  The property to be forfeited includes, but is not limited to, the following:

>One Hewlett-Packard Pavilion laptop computer, serial number 5CD842B2MN, containing a Seagate 1 TB hard drive, serial number WXQ1A78E5S0S.

**18 U.S.C. § 2253(a)(1), (3)**
**18 U.S.C. § 2252A**

## **PRIOR FELONY CONVICTION**

The Grand Jury finds that at the time of the illegal act alleged in the Indictment, the defendant, BRADFORD PAUL STORTI, had a prior conviction under Chapter 110 of Title 18 of the United States Code and a prior conviction under the laws of the State of Michigan relating to the distribution, shipment, or transportation of child pornography.

Specifically, on or about January 27, 1999, in the United States District Court for the Western District of Michigan, Case No. 2:98-cr-08, the defendant pleaded guilty to interstate shipment of materials involving a minor engaged in sexually explicit conduct in violation of 18 U.S.C. § 2252(a)(1)(B).  On or about February 26, 1999, the Court accepted the plea and adjudicated the defendant guilty.  A judgment of sentence was entered on or about May 18, 1999.

On or about June 14, 2007, in the 25th Circuit Court in Marquette County, Michigan, Case No. 07-044606-FH-W, the Court accepted defendant's guilty plea to five counts of distribution or promotion of child sexually abusive material in violation of Michigan Compiled Laws section 750.145c(3), and ten counts of attempting to knowingly possess or knowingly seek and access child sexually abusive material in violation of Michigan Compiled Laws section 750.145c(4).  A judgment of sentence was entered on or about August 16, 2007.

A TRUE BILL

_____
GRAND JURY FOREPERSON

ANDREW BYERLY BIRGE
United States Attorney

_____
PAUL D. LOCHNER
Assistant United States Attorney