UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

**UNITED STATES OF AMERICA,**

                Plaintiff,                    Case No. 2:22-cr-03

v.

**BRADFORD PAUL STORTI,**                  APPEARANCE AND
                                                        DEMAND FOR DISCOVERY

                Defendant.
_____

      NOW COMES Glenn T. Sarka, PLLC, and hereby enters his Appearance as attorney for Defendant in the above-captioned matter. Counsel hereby requests complete, accurate and legible copies of all police reports and other documents in possession of the Plaintiff, or its agents, in connection with this case. Defendant further requests copies of all videos, audios, photographs, and/or electronic media which were made, or are otherwise in possession of the Plaintiff. Defendant further requests that all physical evidence of any kind whatsoever be preserved and held for production and inspection by Defendant at a future date, and then until the trial of this matter.

                                                                Respectfully submitted,

Dated: 3/29/2022
                                                                Glenn T. Sarka
                                                                Attorney for Defendant