## UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF MICHIGAN
## CRIMINAL MINUTE SHEET

| USA v. | Bradford Paul Storti | Mag. Judge: | Maarten Vermaat |
|---|---|---|---|

| CASE NUMBER | DATE | TIME (begin/end) | PLACE | INTERPRETER |
|---|---|---|---|---|
| 2:22-cr-3-HYJ | 4/14/2022 | 2:31 pm - 2:50 pm | Marquette | |

**APPEARANCES:**

| Government: Paul Lochner | Defendant: Glenn Sarka | Counsel Designation: CJA Appointment |
|---|---|---|

| OFFENSE LEVEL | CHARGING DOCUMENT/COUNTS | CHARGING DOCUMENT |
|---|---|---|
| Felony | Indictment | Read __<br>Reading Waived ✓ |

### TYPE OF HEARING
- __ First Appearance
- ✓ Arraignment:
  - ✓ mute   __ nolo contendre
  - __ not guilty   __ guilty
- __ Initial Pretrial Conference
- __ Detention   (waived __)
- __ Preliminary   (waived __)
- __ Rule 5 Proceeding
- __ Revocation/SRV/PV
- __ Bond Violation
- __ Change of Plea
- __ Sentencing
- __ Other: _____

### DOCUMENTS
- __ Defendant's Rights
- __ Waiver of _____
- __ Consent to Mag. Judge for _____
- __ Other: _____

Court to Issue:
- __ Report & Recommendation
- __ Order of Detention
- __ Order to file IPTC Statements
- __ Bindover Order
- __ Order Appointing Counsel
- __ Other: _____

### CHANGE OF PLEA
Guilty Plea to Count(s) _____ of the _____

Count(s) to be dismissed at sentencing: _____

Presentence Report:
__ Ordered    __ Waived

__ Plea Accepted by the Court
__ No Written Plea Agreement

### EXPEDITED RESOLUTION
__ Case appears appropriate for expedited resolution

### ADDITIONAL INFORMATION
Defendant was advised of his rights, the charge and penalties. Defendant stood mute to the charge and a not guilty plea was entered by the Court on his behalf.
Defense counsel made an EOJ motion, which was granted by the Court. The time to be excluded will be decided at the IPTC/Scheduling conference.
The IPTC/Scheduling conference will be scheduled in about 2-3 weeks.

### SENTENCING
- Imprisonment: _____
- Probation: _____
- Supervised Release: _____
- Fine: $ _____
- Restitution: $ _____
- Special Assessment: $ _____
- Plea Agreement Accepted:  __ Yes  __ No
- Defendant informed of right to appeal:  __ Yes  __ No
- Counsel informed of obligation to file appeal:  __ Yes  __ No

| CUSTODY/RELEASE STATUS | BOND AMOUNT AND TYPE |
|---|---|
| | $ _____ |
| **CASE TO BE:** | **TYPE OF HEARING:** |
| **Reporter/Recorder:**  Digitally Recorded | **Courtroom Deputy:**  C. Moore |