UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,                   Case No. 2:22-cr-3

        Plaintiff,                   Hon. Hala Y. Jarbou
                                                    U.S. District Judge

v.

BRADFORD PAUL STORTI,

        Defendant.
_____/

## ORDER

On April 14, 2022 this Court entered an ends of justice order (ECF No. 20) ordering that time be excluded from April 14, 2022 to a date to be determined after the initial pretrial/scheduling conference.

On May 9, 2022 this Court held an initial pretrial and scheduling conference and counsel and Defendant agreed to place this case on Judge Maloney's September 26, 2022 trial docket.

IT IS HEREBY ORDERED that an ends of justice continuance is entered to September 26, 2022.

IT IS ORDERED.

Dated:  May 9, 2022                   /s/ Maarten Vermaat
                                                        MAARTEN VERMAAT
                                                        U.S. MAGISTRATE JUDGE