UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,  Case No. 2:22-cr-3

    Plaintiff,  Hon. Hala Y. Jarbou
                                        U.S. District Judge
v.

BRADFORD PAUL STORTI,

    Defendant.
_____/

## **ORDER**

Counsel filed a joint motion for ends of justice continuance on July 22, 2022 (ECF No. 32.)

This Court finds, for reasons stated in the motion, and based on the factors set forth in 18 U.S.C. § 3161(h)(7)(B)(iv), that the ends of justice served by the adjournment outweigh the best interests of the public and Defendant in a speedy trial. The Court GRANTS this motion.

Accordingly, the period from July 22, 2022 to October 17, 2022 shall be excluded from the computation of time within which trial in this matter shall commence.

The Court will issue a new case management order placing this case on the October 17, 2022 trial docket in Marquette before Hon. Robert J. Jonker.

    IT IS ORDERED.

Dated:  Julyy 22, 2022                  /s/ *Maarten Vermaat*
                                                    MAARTEN VERMAAT
                                                    U.S. MAGISTRATE JUDGE