UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                      Case No. 2:22–cr–3

v.                                  Hon. Hala Y. Jarbou

BRADFORD PAUL STORTI,

       Defendant.
_____/

## NOTICE OF HEARING CANCELLATION

     The Telephone status conference set in this matter for **September 7, 2022** is hereby **CANCELLED.**   Defense counsel has advised that he will be filing a motion to withdraw from this case.

                                              U.S. Magistrate Judge

Dated:  September 7, 2022       By:  /s/ C. A. Moore_____
                                           Courtroom Deputy