UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

                Plaintiff,                Case No. 2:22-cr-00003

v.                                        Hon. Hala Y. Jarbou
                                            Chief United States District Judge

BRADFORD PAUL STORTI,

                Defendant.
_____/

## MOTION TO WITHDRAW AS COUNSEL

NOW COMES, Glenn Sarka, and moves this Court for the entry of an order granting his permission to withdraw as counsel in this matter. This motion is being made for the following reasons:

1. The Defendant has been charged in a one-count indictment with Possession and Attempted Possession of Child Pornography – 18 U.S.C. §§ 2252A(a)(5)(B), 2252A(b)(2) [ECF No. 12; PageID.1-2]

2. Since being appointed, counsel has appeared on behalf of the Defendant and met with him on several occasions. Discovery has been provided by the government and reviewed with the Defendant. Approval for funds to obtain an expert witness has been approved and a trial date has been set. An attorney/client relationship has been established.

3. Counsel has determined because of medical reasons that recently reoccurred, it would be in Mr. Storti's best interest for a substitute attorney to be appointed to represent him.

WHEREFORE, attorney Glenn Sarka, respectfully requests that this Honorable Court enter an order granting him permission to withdraw as counsel in this matter and appoint substitute counsel from the CJA Panel for the Defendant.

Respectfully submitted,

Dated: September 7, 2020

/s/ Glenn Sarka
GLENN SARKA, PLLC
321 N. Front Street
Marquette, Michigan 49855
(906) 221-8121

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,        Case No. 2:22-cr-00003

v.                            Hon. Hala Y. Jarbou
                            Chief United States District Judge

BRADFORD PAUL STORTI,

        Defendant.
_____/

### ORDER

Defense counsel filed a motion to withdraw as counsel in this matter due health reasons.

Based on this motion, the Court has concluded that the prudent course would be to appoint a new attorney to represent Mr. Storti.

IT IS HEREBY ORDERED that Defendant's Motion to Withdraw as Counsel is GRANTED.

IT IS FURTHER ORDERED that new counsel shall be appointed for the Defendant in this case from the CJA panel list of attorneys.

IT IS SO ORDERED.

Dated: October ___, 2022

                                                                _____
                                                                 MAARTEN VERMAAT
                                                                 UNITED STATES MAGISTRATE JUDGE