UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                      Case No. 2:22–cr–3

v.                                  Hon. Hala Y. Jarbou

BRADFORD PAUL STORTI,

        Defendant.
_____/

### ORDER

    Defense counsel's motion to withdraw as counsel (ECF No. 39) is GRANTED. The Federal Public Defender's Office shall appoint new counsel for Defendant.

    IT IS SO ORDERED.

Dated:  September 9, 2022                       /s/ Maarten Vermaat
                                                  MAARTEN VERMAAT
                                                  U.S. Magistrate Judge