UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

   Plaintiff,        Case No. 2:22–cr–3

 v.            Hon. Hala Y. Jarbou

BRADFORD PAUL STORTI,

   Defendant.
_____/

## NOTICE OF HEARING

TAKE NOTICE that a hearing has been scheduled as set forth below:

Type of hearing(s): Status Conference
Date/Time:   October 5, 2022   01:00 PM
Chief Judge:   Hala Y. Jarbou
Place/Location:  Marquette, MI

              HALA Y. JARBOU
              Chief United States District Judge

Dated: September 20, 2022  By:  /s/ A. Seymore   
                Judicial Assistant