UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                                    Case No. 2:22-cr-3

BRADFORD PAUL STORTI,          Hon. Hala Y. Jarbou

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

On October 6, 2023, Magistrate Judge Maarten Vermaat issued a Report and Recommendation recommending that the guilty plea to Count 1 of the Indictment be accepted. (R&R, ECF No. 129.) The R&R was duly served on the parties. No objections have been filed, and the deadline for doing so expired on October 20, 2023. Based on this, and on the Court's review of all matters of record, including the audio transcript of the plea proceedings,

**IT IS ORDERED** that:

1. The R&R (ECF No. 129) is **APPROVED** and **ADOPTED** as the opinion of the Court.

2. Defendant's plea of guilty is accepted and Defendant is adjudicated guilty of the charges set forth in Count 1 of the Indictment.

3. The written plea agreement (ECF No. 125) is hereby continued under advisement pending sentencing.

4. Defendant shall remain detained pending sentencing, now scheduled for **March 13, 2024, at 4:00 PM** before the Honorable Jane M. Beckering.

2

**IT IS FURTHER ORDERED** that the Defendant's Motion in Limine Regarding Lawful Photographs (ECF No. 119) and the Government's Renewed Motion in Limine to Admit Evidence of Prior State Conviction (ECF No 121) are **DENIED as moot.**

Dated: October 23, 2023                              /s/Hala Y. Jarbou
                                                                       HALA Y. JARBOU
                                                                       CHIEF UNITED STATES DISTRICT JUDGE